United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **REINELYS DAIRIS MONTILLA GALARRAGA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-05801** |
| | § | |
| **MARTIN FRINK, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER**

Petitioner Reinelys Dairis Montilla Galarraga has filed her Petition for Writ of Habeas Corpus. ECF No. 1. Respondents have filed a Motion for Summary Judgment and Response to Petition for Habeas Corpus. ECF No. 7. The Court has set a hearing on the Petition for Friday, August 21, 2026, at 1:00PM. ECF No. 9. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing remotely. Respondents are further **ORDERED** to provide a translator for Petitioner. Parties may appear by telephone by calling in on the Court's dial-in number at +1 669-254-5252. Enter Meeting ID: 160 7362 7986#, no participant ID – press #, followed by Passcode: 3716#.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 18th of August, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE